# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LISA C. STONER, | ) |
| Plaintiff, | ) |
| -vs- | ) NO. 3:03-CV-697-DGW |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that pursuant to an Order entered by United States Magistrate Judge Donald G. Wilkerson on September 7, 2005, the final decision of the Commissioner of Social Security is **AFFIRMED**.

**DATED**: September 7, 2005

**NORBERT G. JAWORSKI, CLERK**

**BY: S/ Robin M. Butler**
**Deputy Clerk**

**Approved by S/ Donald G. Wilkerson**
**United States Magistrate Judge**
**Donald G. Wilkerson**